UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| Cathy Ann Marcum, | ) | Case No.:  3:13-cv-00197-SI |
| Plaintiff, | ) ) ) | |
| V. | ) ) | ORDER DISMISSING COMPLAINT |
| Carolyn Colvin,<br>Acting Commissioner,<br>Social Security Administration | ) ) ) ) ) | |
| Defendant. | ) ) | |

After considering the Plaintiff's Motion to Dismiss it is hereby:

ORDERED that Plaintiff's complaint be dismissed.

IT IS SO ORDERED this __28th__ day __August__, 2013.

_____
UNITED STATES DISTRICT JUDGE